```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 13615
   KENNETH L TAYLOR
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
       Debtor
   SSN XXX-XX-3751


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/30/2007 and was confirmed 10/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   6.00%.

     The case was dismissed after confirmation 11/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CARMAX AUTO FINANCE        SECURED VEHIC     6000.00          282.25         963.25
IL STATE DISBURSEMENT UN   DSO ARREARS       1176.77             .00            .00
TARSHA CECIL               NOTICE ONLY      NOT FILED            .00            .00
CARMAX AUTO FINANCE        UNSECURED         8089.37             .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          4711.14             .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00            .00
ADT SECURITY SERVICES      UNSECURED        NOT FILED            .00            .00
ADVOCATE CHRIST MEDICAL    UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED         6659.00             .00            .00
CIRCUIT COURT OF COOK CO   UNSECURED        NOT FILED            .00            .00
FAMILY EYE PHYSICIANS      UNSECURED        NOT FILED            .00            .00
HSBC BANK NEVADA NA        UNSECURED         1091.26             .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED            .00            .00
SAMS CLUB CREDIT CARD      UNSECURED        NOT FILED            .00            .00
SPRINT-NEXTEL CORP         UNSECURED         1770.29             .00            .00
US DEPT OF EDUCATION       UNSECURED        29920.56             .00            .00
ILLINOIS STATE TOLL HIGH   UNSECURED         7558.10             .00            .00
FELD & KORRUB LLC          DEBTOR ATTY       3,200.00                       1,611.36
TOM VAUGHN                 TRUSTEE                                            221.14
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   3,078.00

PRIORITY                                             .00
SECURED                                           963.25
   INTEREST                                       282.25

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13615 KENNETH L TAYLOR
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                    1,611.36
TRUSTEE COMPENSATION                                                221.14
DEBTOR REFUND                                                          .00
                                           ---------------   ---------------
TOTALS                                            3,078.00          3,078.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 07 B 13615 KENNETH L TAYLOR